**Alex JUSTICE, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 568, 2015**

Supreme Court of Delaware.

Submitted: April 20, 2016

Decided: May 2, 2016

Court Below—Superior Court of the State of Delaware, ID. No. 1203006756

AFFIRMED.

**Andre WALKER, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 343, 2015**

Supreme Court of Delaware.

Submitted: April 13, 2016

Decided: May 2, 2016

Court Below—Superior Court of the State of Delaware, ID. No. 1005009912

AFFIRMED.

**Jesse C. STANSEL, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 17, 2016**

Supreme Court of Delaware.

Submitted: March 31, 2016

Decided: May 3, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1404021446 & 1405005851

AFFIRMED.